UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:24-cr-00372-DLF |
| | : | |
| **LUKE ALMOND,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## RESPONSE TO COURT'S MINUTE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, files this response to the Court's minute order dated November 7, 2024, directing the parties "to inform the Court on or before November 14, 2024, whether they consent to a trial before a magistrate judge." The United States defers to the Defendant's decision as to whether the trial in this case should go forward before this Court or a magistrate judge.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ *Terence A. Parker*
TERENCE A. PARKER
Trial Attorney (Detailee)
U.S. Attorney's Office for the
District of Columbia
NY Bar No. 5775192
Email: Terence.Parker3@usdoj.gov
Phone: (202) 252-7859