UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:24-cr-00372-DLF |
| v. : | |
| : | |
| LUKE ALMOND, : | |
| : | |
| Defendant. : | |

**JOINT PRETRIAL STATEMENT**

Pursuant to the Court's pretrial order, ECF No. 20, the parties hereby file this joint pretrial statement.

1. **Statement of the Case.**

The government has charged the defendant, Luke Almond, with four crimes relating to the events at the United States Capitol on January 6, 2021. He is charged with entering and remaining in a restricted building or grounds and disorderly and disruptive conduct in a restricted building or grounds. He is also charged with disorderly or disruptive conduct in the U.S. Capitol building and on Capitol grounds and with parading, demonstrating, and picketing inside the U.S. Capitol building.

Mr. Almond has pleaded not guilty to each charge.

2. **Prior Convictions.**

The United States does not intend to use any prior convictions for impeachment or any other purpose.

3. **Lesser-Included Offenses.**

The parties agree that there are no lesser included offenses for the offenses charged in the Information.

|  |  |  |
|---|---|---|
| | Respectfully submitted, | /s/ Craig Greening |
| | | CRAIG GREENING |
| | MATTHEW M. GRAVES | D.C. Federal Bar No. #TX0083 |
| | United States Attorney | Texas State Bar No. #24025395 |
| | D.C. Bar No. 481052 | 1105 University Dr. E. #104 |
| | | College Station, TX 77840 |
| By: | /s/ Terence Parker | Phone: 979-779-2000 |
| | TERENCE PARKER | Facsimile: 979-779-2033 |
| | Trial Attorney (detailee) | craig@craiggreeninglaw.com |
| | U.S. Attorney's Office for the District of Columbia | |
| | New York Bar No. 5775192 | *Attorney for Defendant* |
| | Terence.Parker3@usdoj.gov | |
| | (202) 803-1600 | |

/s/ Pavan S. Krishnamurthy
PAVAN S. KRISHNAMURTHY
Assistant United States Attorney
D.C. Bar No. 252831
601 D Street NW
Washington, DC 20001
(202) 252-7862
pavan.krishnamurthy@usdoj.gov

*Counsel for the United States*